UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI, | No.  2:21-cv-02117 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF AMADOR, et al., | |
| Defendants. | |

On August 30, 2023, defendants filed a motion to for summary judgment.  ECF No. 10.  Pursuant to Local Rule 230(l), plaintiff was required to file an opposition or notice of non-opposition within 21 days of the motion being filed.  In this case, the deadline was September 20, 2023.  Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 21 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDRED.

DATED: October 12, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE