UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF AMADOR, et al.,<br><br>    Defendants. | No.  2:21-cv-02117 DJC AC PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On August 30, 2023, defendants filed a motion for summary judgment.  ECF No. 10.  Pursuant to Local Rule 230(l), plaintiff was required to file an opposition or notice of non-opposition within 21 days of the motion being filed.  In this case, the deadline was September 20, 2023.  Plaintiff did not file an opposition or statement of non-opposition.  Concerned that plaintiff had abandoned this case, on October 12, 2023 the court issued an order to show cause within 14 days why this action should not be dismissed for failure to prosecute.  ECF No. 35.  Plaintiff was cautioned that failure respond could lead to a recommendation that the action be dismissed.  Plaintiff again did not respond.  Mail sent to plaintiff was returned to the court and an order was issued for plaintiff to update his address no later than January 1, 2024.  See Docket Entry dated October 25, 2023.  Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 24, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE