UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANGELO VICARI, | No. 2:21-cv-02117-DJC AC |
| Plaintiff, | |
| v. | ORDER |
| HARMAN JACKSON, et al, | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 25, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  *ECF No. 38.)  Neither party has filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 25, 2024, are adopted in full; and

2. This action is dismissed, without prejudice, for lack of prosecution and failure to comply with the court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.'

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 8, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2